# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

Nos. 13-1231 & 13-1232

SPECTRUM FIVE LLC,
*Appellant*,

v.

FEDERAL COMMUNICATIONS COMMISSION,
*Appellee.*

SPECTRUM FIVE LLC,
*Petitioner*,

v.

FEDERAL COMMUNICATIONS COMMISSION and
UNITED STATES OF AMERICA,
*Respondents.*

On Notice of Appeal from and Petition for Review of an
Order of the Federal Communications Commission

**SPECTRUM FIVE LLC'S NOTICE OF FILING BRIEF UNDER SEAL**

Appellant/Petitioner Spectrum Five LLC, by its attorneys, hereby respectfully notifies the Court that it will be filing an Under Seal version of the Brief for Appellant/Petitioner Spectrum Five LLC. Per Administrative Order Regarding Electronic Case Filing ECF-8(B), the brief will be filed in paper form with the clerk.

                                                                                                   Respectfully submitted,

                                                                                                    /s/ *Scott H. Angstreich*  
                                                                                                   JOHN THORNE  
                                                                                                   AARON M. PANNER  
                                                                                                   SCOTT H. ANGSTREICH  
                                                                                                   DANIEL V. DORRIS  
                                                                             KELLOGG, HUBER, HANSEN, TODD,  
                                                                                    EVANS & FIGEL, P.L.L.C.  
                                                                            1615 M Street, N.W., Suite 400  
                                                                            Washington, D.C. 20036  
                                                                            (202) 326-7900

                                                                            *Counsel for Spectrum Five LLC*

November 21, 2013

# CERTIFICATE OF SERVICE

I hereby certify that, on November 21, 2013, I filed the foregoing notice in the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. I further certify that the following parties are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

      /s/ *Scott H. Angstreich*
      Scott H. Angstreich

**FEDERAL COMMUNICATIONS COMMISSION**
James M. Carr
Matthew Joel Dunne
Richard Kiser Welch
Jacob M. Lewis
Federal Communications Commission
445 12th Street, S.W.
Washington, D.C. 20554

**ECHOSTAR SATELLITE OPERATING COMPANY**
David H. Solomon
Bryan N. Tramont
Craig E. Gilmore
Phuong N. Pham
Wilkinson Barker Knauer, LLP
2300 N Street, NW, Suite 700
Washington, D.C. 20037-1128

**UNITED STATES OF AMERICA**
Robert J. Wiggers
Robert B. Nicholson
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001